1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

TIMOTHY ALAN DUKE,                         )   No. C 11-5281 LHK (PR)
                                           )
12         Plaintiff,                       )   ORDER OF TRANSFER
                                           )
13    vs.                                   )
                                           )
14  DOCTOR CHAKATOS, et al.,                )
                                           )
15         Defendants.                      )
                                           )

16

17          Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant

18  to 42 U.S.C. § 1983.  The acts complained of appear to have occurred in Coalinga, and

19  Defendants are located in Coalinga, which lies within the venue of the Eastern District of

20  California.  Therefore, venue properly lies in the Eastern District.  *See* 28 U.S.C. § 1391(b).

21  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern

22  District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions

23  and transfer the entire file to the Eastern District of California.

24          IT IS SO ORDERED.

DATED:   12/12/11                           _____
25                                          LUCY H. KOH
                                            United States District Judge
26
27
28

Order of Transfer
P:\pro-se\sj.lhk\cr.11\Duke281trans